UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR N. PUTMAN,

    Plaintiff,

v.

                                         Civil Action No. 18-2525 (UNA)

D.C. CIRCULATOR, *et al.*,

    Defendants.

## MEMORANDUM OPINION

This matter comes before the court on review of the plaintiff's amended complaint. For the reasons stated below, the Court will dismiss the complaint for lack of subject matter jurisdiction.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Notwithstanding the plaintiff's mere mention of the Americans with Disabilities Act and vague assertions of violations of First and Fifth Amendment rights, the Court concludes that the amended complaint does not state a claim arising under the United States Constitution or federal law and, therefore, the plaintiff does not demonstrate federal question jurisdiction. Rather, the allegations of the amended complaint suggest a negligence claims cognizable under District of Columbia law. And even though the plaintiff now demands damages of $100 million, because the parties all appear to be of the District of Columbia, the plaintiff fails to establish diversity jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: April 16, 2019

United States District Judge